■   EDITH McLOUGHLIN, Respondent, v EDWARD McLOUGHLIN, Appellant.—In an action to recover money awarded in a Florida divorce judgment, defendant appeals from (1) an order of the Supreme Court, Queens County, dated October 16, 1974, which granted plaintiff's motion for summary judgment under CPLR 3213, and (2) the judgment entered thereon. Order and judgment affirmed, with one bill of $20 costs and disbursements. An allegation of false testimony is not the type of extrinsic fraud that will allow one State to deny a sister State's judgment full faith and credit. Hopkins, Acting P. J., Martuscello, Margett, Christ and Munder, JJ., concur.

■   MILLER ASSOCIATES, Appellant, v TOWN BOARD OF THE TOWN OF OYSTER BAY, Respondent.—In a proceeding pursuant to CPLR article 78 inter alia to annul respondent's determination, made after a hearing, denying petitioner's application for a special use permit, petitioner appeals from a judgment of the Supreme Court, Nassau County, dated February 22, 1974, which dismissed the proceeding. The appeal brings up for review so much of a further order of the same court, dated March 8, 1974, as, upon reargument, adhered to the original decision. Appeal from judgment dismissed as academic. The judgment was superseded by the order made on reargument. Order affirmed insofar as reviewed. Respondent is awarded $20 costs and disbursements to cover the appeal from the judgment and the review of the order. Special Term properly found that petitioner did not establish its compliance with the requirements for off-street parking. Rabin, Acting P. J., Cohalan, Margett, Brennan and Shapiro, JJ., concur.

■   ARTHUR J. PETTORINO et al., Respondents, v ANTHONY CURTO, as Superintendent of Public Works of the Village of Valley Stream, Appellant. —In a proceeding pursuant to CPLR article 78 to compel appellant to issue a building permit, the appeal is from a judgment of the Supreme Court, Nassau County, entered February 25, 1975, which, inter alia, granted the application. Judgment affirmed, with $20 costs and disbursements. We are in accord with the reasons given by Special Term for granting the relief requested by petitioners. Rabin, Acting P. J., Cohalan, Margett, Brennan and Shapiro, JJ., concur.